IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVERETT KEITH THOMAS | : | CIVIL ACTION |
| | : | NO. 11-6799 |
| v. | : | |
| | : | |
| SCI-GRATERFORD, et. al. | : | |

## **ORDER**

AND NOW this 12th day of February, 2014, upon consideration of the motion for summary judgment by defendants Corrections Officer McCormack, Lieutenant Everding, Unit Manager Golden, Unit Counselor Feingold and John Doe 1 (Dkt. No. 41) and the response of plaintiff Everett Keith Thomas (Dkt. No. 43), and consistent with the accompanying memorandum of law, it is ORDERED that defendants' motion is GRANTED.  JUDGMENT is entered in favor of defendants Corrections Officer McCormack, Lieutenant Everding, Unit Manager Golden, Unit Counselor Feingold and John Doe 1 and against plaintiff Everett Keith Thomas.

    /s/ Thomas N. O'Neill Jr.
    THOMAS N. O'NEILL, JR., J.